UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWEKU ESHUN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOCAL UNION NUMBER 17,<br><br>　　　　Defendant. | No.  1:19-cv-00256-EPG<br><br>ORDER DENYING MOTIONS CONCERNING SUPPLEMENTAL EVIDENCE AS MOOT<br><br>(ECF Nos. 38 & 39) |

　　　　Plaintiff Kweku Eshun and Defendant Local Union Number 17 both have motions for summary judgment outstanding. On August 28, 2020, the Court entered an order granting Plaintiff leave to file supplemental evidence. (ECF No. 37). Plaintiff filed two sets of documents labeled motions on September 30, 2020: "Motion for an Order Granting Leave to File Supplemental Evidence Under Federal Rule of Civil Procedure 56(e)(1)" (ECF No. 38) and "Plaintiff Motion for Supplemental Evidence Under Federal Rule of Civil Procedure 56(e)(1)" (ECF No. 39). Both documents were signed under penalty of perjury and include attached exhibits. Therefore, the documents appear to be supplemental evidence responsive to the Court's August 28, 2020 order.

　　　　Because the Court already granted Plaintiff leave to file supplemental evidence, Plaintiff does need a further court order to consider the evidence. Therefore, Plaintiff's motions (ECF Nos.

38 & 39) are HEREBY DENIED AS MOOT.[1]

IT IS SO ORDERED.

Dated:  **October 28, 2020**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] However, the Court will review the evidence submitted therein in connection with the pending motions for summary judgment in accordance with the applicable Federal Rules of Civil Procedure.