UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWEKU ESHUN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOCAL UNION NUMBER 17,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00256-EPG<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Date: May 4, 2021<br>Time: 10:00 AM |

　　　The Court SETS a telephonic Status Conference for **May 4, 2021 at 10:00 AM before Magistrate Judge Erica P. Grosjean** to discuss the status of this case and the possibility of further settlement discussions. The Court is also inviting the participation of attorney Lisa V. Ryan, who may assist Plaintiff in some limited capacity going forward. The parties and Ms. Ryan may appear at the conference telephonically by using the following dial-in number and passcode: **1-888-251-2909; passcode 1024453**.

　　　The Clerk of Court is respectfully directed to serve a copy of this order on Lisa V. Ryan, Cook Brown LLP, 2407 J Street, Second Floor, Sacramento, CA 95816.
IT IS SO ORDERED.

　　Dated:　**April 26, 2021**　　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1