UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWEKU ESHUN,<br><br>       Plaintiff,<br><br>       v.<br><br>LOCAL UNION NUMBER 17,<br><br>       Defendant. | Case No.  1:19-cv-00256-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 62) |

    On June 25, 2021, the parties participated in a settlement conference with Magistrate Judge Kendall J. Newman and a verbal settlement was reached. (ECF No. 60.) On August 12, 2021, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 62.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to serve a copy of this order on Plaintiff at his address of record, 2220 Rose Avenue, Modesto, CA 95355, and to close this case.

IT IS SO ORDERED.

    Dated:  **August 12, 2021**           /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE